MARILYN ZELLERMAYER, Respondent, v. PHILIP ZELLERMAYER, Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.